[No. 42634.    En Banc.    April 26, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON C. JOHNSON *et al., Petitioners.*

*Koenigsberg, Brown, Sinsheimer, Stone & Meltzer, Ronald J. Meltzer,* and *Robert Czeisler,* for petitioners.

*Ronald L. Hendry, Prosecuting Attorney, Joseph D. Mladinov, Special Counsel,* and *Eugene G. Olson, Chief Criminal Deputy,* for respondent.

WRIGHT, J.—After hearing the argument of counsel and fully considering the entire record, we find the Court of Appeals was correct in *State v. Johnson,* 7 Wn. App. 527, 500 P.2d 788 (1972). The opinion therein states the facts, correctly sets forth the applicable law and is hereby approved and adopted as the opinion of this court.

HALE, C.J., FINLEY, ROSELLINI, HUNTER, HAMILTON, STAFFORD, UTTER, and BRACHTENBACH, JJ., concur.